# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2007

134519

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 134519
                                           COA: 275068
                                           Wayne CC: 04-012494

LEONARD HANSEND,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007 _____                            _____

p1128                                                   Clerk